**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF TENNESSEE**
**AT GREENVILLE**

| | | |
|---|---|---|
| RAMONA M. BIENFANG,<br><br>*Plaintiff*,<br><br>v.<br><br>COMMISSIONER OF SOCIAL SECURITY ADMINISTRATION,<br><br>*Defendant*. | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) | Case No. 2:26-cv-106<br><br>Judge Travis R. McDonough<br><br>Magistrate Judge Cynthia R. Wyrick |

---

**ORDER**

---

On October 9, 2026, United States Magistrate Judge Wyrick filed her report and recommendation pursuant to 28 U.S.C. § 636(b)(1) and Federal Rule of Civil Procedure 72(b). In it, Magistrate Judge Wyrick recommended that the relief sought in Claimant's Complaint be granted, and that this matter be remanded under sentence four of 42 U.S.C. § 402(g), so that the Administrative Law Judge ("ALJ") can properly articulate Claimant's past relevant work and whether Claimant retains the ability to perform the past relevant work. (Doc. 12, at 17.)

Neither party filed objections to Magistrate Judge Wyrick's report and recommendation.[1] Nevertheless, the Court has conducted a reviewed the report and recommendation, as well as the record, and it agrees with Magistrate Judge Wyrick's well-reasoned conclusions.

Accordingly,

[1] Magistrate Judge Wyrick specifically advised the parties that they had 14 days in which to object to the report and recommendation and that failure to do so would waive her right to appeal. (Doc. 12, at 17).

1. The Court **ACCEPTS** and **ADOPTS** Magistrate Judge Wyrick's findings of fact, conclusions of law, and recommendations pursuant to 28 U.S.C. § 636(b)(1) and Rule 72(b) of the Federal Rules of Civil Procedure (Doc. 12);

2. This case is **REMANDED** in order that the ALJ may appropriately articulate Claimant's past relevant work and whether Claimant retains the ability to perform the past relevant work.

**AN APPROPRIATE JUDGMENT WILL ENTER.**

**SO ORDERED.**

**/s/ *Travis R. McDonough***
**TRAVIS R. MCDONOUGH**
**UNITED STATES DISTRICT JUDGE**